1   **ROUSE HENDRICKS GERMAN MAY PC**
CATHERINE D. SINGER (State Bar No. 273947)
2   BRANDON J.B. BOULWARE (*to be admitted pro hac vice*)
1201 Walnut Street, 20th Floor
3   Kansas City, MO  64106
Telephone:  (816) 471-7700
4   Facsimile:   (816) 471-2221
Email: catherines@rhgm.com
5   Email: brandonb@rhgm.com

6
*Attorneys for Speedy Cash and*
7   *Ad Astra Recover Services, Inc.*

8                       **UNITED STATES DISTRICT COURT**

9                       **CENTRAL DISTRICT OF CALIFORNIA**

10                              **WESTERN DIVISION**

11   CLAUDIA BRAMBILA,

12                              Plaintiffs,          Case No.:

13             vs.

14   SPEEDY CASH , aka SPEEDY CASH;
AD ASTRA RECOVERY SERVICES,
15   INC., OSG, LLC; UPS, LLC; UNIFIED      **NOTICE OF REMOVAL OF**
PF GROUP, ASHLEY RYAN, ALLEN      **ACTION**
16   KENNEDY and DOES 1 to 250, inclusive,

17

18

19                              Defendants.

20

21        TO THE CLERK OF THE ABOVE-ENTITLED COURT:

22        PLEASE TAKE NOTICE that defendants Speedy Cash, a Nevada corporation,

23   and Ad Astra Recovery Services, Inc. ("Ad Astra"), a Kansas corporation

24   (collectively "Defendants"), hereby remove to this Court the state court action

25   described below.

26        1.    On September 3, 2014, a complaint was filed against Defendants by

27   plaintiff Claudia Brambila ("Plaintiff"), in an action pending in the Superior Court of

28

NOTICE OF REMOVAL

1    the State of California in and for the County of Los Angeles, entitled *Claudia*

2    *Brambila v. Speedy Cash, et al.*, Case No. BC556477.

3        2.    A copy of the state court complaint ("Complaint") served on Ad Astra is

4    attached hereto as **Exhibits A**, as well as the Summons, Civil Case Cover Sheet,

5    Notice of Case Assignment, stipulations from the Superior Court, a Statement of

6    Damages, and an unsigned Proof of Service, constituting "all process, pleadings, and

7    orders served upon" Ad Astra.  A copy of the Complaint served on Speedy Cash is

8    attached hereto as **Exhibits B**, as well as the Summons, Civil Case Cover Sheet,

9    Notice of Case Assignment, stipulations from the Superior Court, a Statement of

10   Damages, and an unsigned Proof of Service, constituting "all process, pleadings, and

11   orders served upon" Speedy Cash.  Neither Ad Astra nor Speedy Cash has served or

12   filed an Answer, and no motions or other proceedings are pending in the state court.

13       3.    This removal petition is timely under 28 U.S.C. § 1446(b) because each

14   Defendants was first served with a copy of the Complaint on September 3, 2014.

15       4.    Pursuant to 28 U.S.C. § 1446(d), Defendants will file a copy of this

16   notice with the Clerk of the Superior Court of California, Los Angeles and will

17   provide written notice to Plaintiff.

18                       **JURISDICTION AND VENUE**

19       5.    This action is a civil action of which this Court has original jurisdiction

20   under 28 U.S.C. § 1331 and which may be removed to this Court by Defendants

21   pursuant to 28 U.S.C. § 1441(a), as the Complaint asserts claims against Defendants

22   allegedly arising under 15 U.S.C. § 1692, *et. seq.* (the "Federal Debt Collection

23   Practices Act") and 47 U.S.C. § 227, *et. seq.* (the "Telephone Consumer Protection

24   Act").  *See* Exhibit A. ¶¶ 32-39; 47-55; 63-69; 74-79; 84-90; 98-105; 113-128; 135-

25   140; 141-144.  Plaintiff also requests treble damages under 18 U.S.C. § 1964 *et seq.*

26   Exhibit A at 34, ¶ 7.

27       6.    As the Complaint was filed in the Superior Court of the State of

28   California, County of Los Angeles, venue in this District is proper.  *See* 28 U.S.C. §

1441(a) (providing for removal "to the district court of the United States for the district and division embracing the place" where the state court action is pending); 28 U.S.C. § 84(c)(2) (Central District, Western Division includes the county of Los Angeles).

**PARTIES**

7.    Plaintiff has named OSG. LLC, UPS, LLC, Unified PF Group, Ashley Ryan, Allen Kennedy and Does 1 to 250 as additional defendants (collectively "Additional Defendants").

8.    Speedy Cash and Ad Astra understand that none of the Additional Defendants have been served.  *See* **Exhibit C** (email correspondence between R. Lysle and B. Boulware, dated 10/2/2014, stating that only Speedy Cash and Ad Astra have been served).  Speedy Cash and Ad Astra further believe that the Additional Defendants may be fictitious and/or non-existent companies and individuals.

9.    As the only served defendants, Speedy Cash and Ad Astra are the only defendants required to "join in or consent to the removal of the action."  28 U.S.C. § 1446 (b)(2)(A).

10.    Speedy Cash and Ad Astra reserve all defenses, including, but not limited to, lack of personal jurisdiction.

WHEREFORE, Speedy Cash and Ad Astra pray that the action now pending in the Superior Court of the State of California in the County of Los Angeles be removed therefrom to this Court.

Dated:        October 3, 2014          Respectfully submitted,

ROUSE HENDRICKS GERMAN MAY PC

*/s/* Catherine D. Singer
Catherine D. Singer (State Bar No. 273947)
Brandon J.B. Boulware (*to be admitted pro hac vice*)
1201 Walnut Street, 20th Floor
Kansas City, MO  64106
Telephone:  (816) 471-7700
Facsimile:  (816) 471-2221
catherines@rhgm.com
brandonb@rhgm.com

*Attorneys for Defendants Speedy Cash and Ad Astra Recovery Services, Inc.*

**PROOF OF SERVICE**

I am employed in the County of Jackson, State of Missouri.  I am over the age of 18 and not a party to the within action.  My business address is 1201 Walnut, 20th Floor, Kansas City, MO 64106.

I am readily familiar with the business practices of my employer, Rouse Hendricks German May PC, for the collection and processing of correspondence by mailing with the United States Postal Service and that said correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

On October 3, 2014, I served the following document described as: **Notice of Removal**, on Plaintiff by causing such document to be placed in a sealed envelope for collection and delivery by the United States Postal Service to the addressee indicated below:

**<u>VIA U.S. MAIL</u>**

Richard Scott Lysle
11400 West Olympic Blvd., Suite 200
Los Angeles, CA 90064
lyslelaw@yahoo.com
Counsel for Plaintiff

I declare under penalty of perjury under the laws of the State of Missouri that the foregoing is true and correct.

Executed on October 3, 2014, at Kansas City, Missouri

By: */s/ Kimberly A. Donnelly*
Kimberly A. Donnelly