RICHARD SCOTT LYSLE - SBN 54022
11400 West Olympic Blvd., Suite 200
Los Angeles, CA 90064
Telephone  (310) 822-6023
Fax        (310) 745-3289
Email      lyslelaw@Yahoo.com

Attorney for plaintiff CLAUDIA BRAMBILA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA BRAMBILA,<br><br>    Plaintiff,<br><br>vs.<br><br>SPEEDY CASH, aka SPEEDY CA$H;<br>AD ASTRA RECOVERY SERVICES,<br>INC.,<br><br>    Defendants.<br>_____ | Case No. 2:14 cv-07690 PSG (MRWx)<br><br>**STIPULATION TO ENTER<br>ORDER DISMISSING ACTION** |

WHEREAS Plaintiff CLAUDIA BRAMBILA and defendants SPEEDY CASH and AD ASTRA RECOVERY SERVICES, INC., entered into an agreement which resolves all claims relating to the within action. All necessary settlement documents have been executed and exchanged. The specified monetary payment has been delivered.

WHEREAS, all parties request that the court enter an order dismissing the within action, with prejudice, and with each party bearing its own costs and attorney's fees.

DATED:   May 2, 2015.

                              *Richard Scott Lysle*
                              RICHARD SCOTT LYSLE
                              Attorney for plaintiff
                              CLAUDIA BRAMBILA

1 | DATED: May 18, 2015.

ROUSE HENDRICKS GERMAN MAY PC
By:

/s/Catherine D. Singer (SBN 273947)

Attorneys for defendants
SPEEDY CASH
AD ASTRA RECOVERY SERVICES, INC.

**STIPULATION TO ENTER ORDER OF DISMISSAL** 2