RICHARD SCOTT LYSLE - SBN 54022
11400 West Olympic Blvd., Suite 200
Los Angeles, CA 90064
Telephone   (310) 822-6023
Fax         (310) 745-3289
Email       lyslelaw@Yahoo.com

JS-6

E-FILED: 05/18/2015

Attorney for plaintiff CLAUDIA BRAMBILA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA BRAMBILA,<br><br>    Plaintiff,<br><br>vs.<br><br>SPEEDY CASH, aka SPEEDY CA$H;<br>AD ASTRA RECOVERY SERVICES,<br>INC.,<br><br>    Defendants. | Case No. 2:14 cv-07690 PSG (MRWx)<br><br>**ORDER DISMISSING ACTION** |

Pursuant to settlement and to the stipulation of all parties, this within action is dismissed in its entirety and with prejudice, with each party bearing its/her own costs and attorney's fees.

DATED:   5/18/2015

PHILIP S. GUTIERREZ
_____
Judge

**ORDER OF DISMISSAL**                                                                 1